IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NUMBER _____
JUDGE _____

**05-21871**

JAIME FELIPE LINARES and
JORGE LUIS LINARES,

    Plaintiffs,

vs.

**CIV-JORDAN**

WILLY CHIRINO, WILLY CHIRINO
ENTERPRISES, INC., SONY BMG MUSIC
ENTERTAINMENT, INC., SONY BMG MUSIC
ENTERTAINMENT (US LATIN) LLC, SONY
DISCOS, INC., and other defendants yet unknown
and to be named.

    **Defendants.**
_____/

## ~~AMENDED~~ COMPLAINT FOR DAMAGES AND TEMPORARY AND PERMANENT INJUNCTIVE RELIEF FOR COPYRIGHT INFRINGEMENT

Plaintiffs Jaime Felipe Linares and Jorge Luis Linares, (jointly the Plaintiffs will be referred to as the "Linares Brothers") as their complaint against Defendants Willy Chirino, Willy Chirino Enterprises, Inc., Sony BMG Music Entertainment, Inc., Sony BMG Music Entertainment (US Latin) LLC, Sony Discos, Inc., and other defendants unknown and yet to be named state as follows:

1. This is a complaint for actual and statutory damages and injunctive relief for violation of the copyright laws of the United States of America.

## THE PARTIES

2. Plaintiff Jaime Felipe Linares is a resident of Miami-Dade County, Florida and is sui juris.

3. Plaintiff Jorge Luis Linares is a resident of Miami-Dade County, Florida and is sui juris.

4. Defendant Willy Chirino is a singer, music producer and arranger and is a resident of Miami-Dade County, Florida and is sui juris.

5. Defendant Willy Chirino Enterprises, Inc. is a Florida corporation with its principal place of business in Miami-Dade County, Florida.

6. Defendant Sony BMG Music Entertainment, Inc. is a Delaware corporation, headquartered in New York City that does business in Miami-Dade County, Florida.

7. Defendant Sony BMG Music Entertainment (US Latin) LLC is a Delaware Limited Liability Company, headquartered in New York City that does business in Miami-Dade County, Florida.

8. Defendant Sony Discos, Inc. is a Florida corporation that does business in Miami-Dade County, Florida.

### JURISDICTION AND VENUE

9. This Court has subject matter jurisdiction over the claims set forth in this Complaint pursuant to the Copyright Act of 1976, 17 U.S.C. § 501, and 28 U.S.C. §§ 1331 and 1338(a).

10. Venue is proper in the United States District Court for the Southern District of Florida pursuant to 28 U.S.C. §§ 1391(c) and 1400(a), because Defendants do business in and because a substantial part of the events giving rise to these claims occurred in this District.

## FACTUAL BACKGROUND

11. The Linares Brothers are Cuban American musicians who, among other things, write, publish and perform music.

12. Prior to November 1999, the Linares Brothers wrote several original songs which they recorded. Included amongst the songs which they wrote was an original creation entitled "No Me Importa Tu Pasado". The song "No Me Importa Tu Pasado" will be referred to as the "Linares' Work."

13. Plaintiffs subsequently published the Linares' Work and applied to the Register of Copyrights of the Library of Congress for a Certificate of Registration.

14. In October 1999, the Register of Copyrights of the Library of Congress, received the Application for a Certificate of Registration and the Deposit of the Sound Recording of the Linares' Work.

15. In February 2000, the Linares Brothers received a Certificate of Copyright Registration for the Linares' Work. A true and correct copy of the certificate of copyright registration is attached as Exhibit A.

16. Defendants were given access to the Linares' Work to determine if they would be interested in performing or recording the Linares' Work.

17. The Defendants have infringed upon the Linares' Work by using substantial portions of their original works in a new song "Hechizo de Luna" on the **Son del Alma** album purportedly created by the Defendants.

18. Defendants have recorded the songs containing substantial portions of the Linares' Work, they have placed such songs in the market, they have sold recordings of such songs, they have caused such songs to be played in the media, and they have performed such songs without the permission of the Linares Brothers.

19.    The Linares Brothers have been damaged by the infringement on their interest in the Linares' Work.

20.    At all times relevant herein, the Linares Brothers were and continue to be the sole copyright owners of the Linares' Work.

21.    The Linares Brothers have duly complied with all pertinent provisions of the Copyright Act and all laws governing copyright with respect to the Linares Brothers' Work.

22.    Defendants' conduct constituted and continues to constitute the willful infringement of the Linares Brothers' copyrights in the songs within the meaning of 17 U.S.C. § 504(c)(2).

23.    By reason of the foregoing facts, the Linares Brothers are entitled to injunctive and monetary relief pursuant to 17 U.S.C. §§ 502 through 505.

**WHEREFORE**, Plaintiffs Jaime Felipe Linares and Jorge Luis Linares respectfully request this Court to grant the following relief against Defendants Willy Chirino, Willy Chirino Enterprises, Inc., Sony BMG Music Entertainment, Inc., Sony BMG Music Entertainment (US Latin) LLC, Sony Discos, Inc., and other defendants unknown and yet to be named:

1)    That Defendants Willy Chirino, Willy Chirino Enterprises, Inc., Sony BMG Music Entertainment, Inc., Sony BMG Music Entertainment (US Latin) LLC, Sony Discos, Inc., their agents, servants, employees, subsidiaries, divisions, and affiliates be preliminarily enjoined during the pendency of this action and be permanently enjoined thereafter from: a) infringing the copyrights in the Linares Brothers' Work; b) permitting, facilitating or otherwise participating in the recording and re-recording of the Linares

Brothers' Work in any manner including, but not limited to, performing, copying, reproducing, manufacturing, duplicating, disseminating, distributing, or otherwise using any unauthorized copies of the songs copyrighted by them;

2) That Defendants Willy Chirino, Willy Chirino Enterprises, Inc., Sony BMG Music Entertainment, Inc., Sony BMG Music Entertainment (US Latin) LLC, Sony Discos, Inc., be ordered to be required to deliver up to be impounded and to deliver up for destruction all articles and devices in its possession, custody and control from which infringing copies or phonorecords of the Linares Brothers' Work.

3) That Defendants Willy Chirino, Willy Chirino Enterprises, Inc., Sony BMG Music Entertainment, Inc., Sony BMG Music Entertainment (US Latin) LLC, Sony Discos, Inc., be ordered to conduct an accounting of all profits derived from making, using, marketing or selling unlicensed copies of the software which is the subject of this Complaint;

4) That Plaintiffs Jaime Felipe and Jorge Luis Linares be awarded its actual damages or, in the alternative, its statutory damages for willful infringement in the amount of $150,000 per violation; and

5) That Plaintiffs Jaime Felipe and Jorge Luis Linares be awarded attorneys' fees, costs, and any further relief the court deems just and proper.

Respectfully submitted,

**KIRKPATRICK & ESCRIBANO, P.A.**
JOHN E. KIRKPATRICK, ESQ.
VIVIAN ESCRIBANO, ESQ.
3350 S.W. 27th AVENUE, SUITE 1103
MIAMI, FLORIDA 33133
Tel. (305) 858-4474
Fax. (305) 856-5475
Cell. (305) 458-9390
kirkpatricklaw@aol.com

_____
John Evron Kirkpatrick, Esq.
Fla. Bar Number 386782

_____
**Vivian Escribano, Esq.**
**Fla. Bar Number 0109819**

# EXHIBIT A

## CERTIFICATE OF COPYRIGHT REGISTRATION

# SHORT FORM PA
## CERTIFICATE OF REGISTRATION
### UNITED STATES COPYRIGHT OFFICE



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*
REGISTER OF COPYRIGHTS
United States of America

**Registration Number**
PAu 2-486-917

**Effective Date of Registration**
FEB - 4 2000

**Application Received**
OCT 20 1999

**Deposit Received**
One OCT 20 1999 Two

**Correspondence**
**FUNDS RECEIVED** FEB 0 4 2000

Examined By: GJ

---

**TYPE OR PRINT IN BLACK INK. DO NOT WRITE ABOVE THIS LINE.**

| | | |
|---|---|---|
| **Title of This Work:** Alternative title or title of larger work in which this work was published: | **1** | TRES PRINCESAS   CONTAINS:   TRES PRINCESAS<br>NO ME IMPORTA TU PASADO<br>PREFIERO OLVIDARTE |
| **Name and Address of Author and Owner of the Copyright:**<br>Nationality or domicile:<br>Phone, fax, and email: | **2** | JORGE L. LINARES<br>81 SW 81 AVENUE<br>MIAMI, FL. 33144<br><br>Phone ( 305 ) 269 4834     Fax ( 305 ) 559 7742<br>Email: |
| **Year of Creation:** | **3** | 1999 |
| **If work has been published, Date and Nation of Publication:** | **4** | a. Date  NO APLICA<br>          Month    Day    Year    (Month, day, and year all required)<br>b. Nation |
| **Type of Authorship in This Work:**<br>Check all that this author created. | **5** | ☒ Music    ☒ Other text (includes dramas, screenplays, etc.)<br>☒ Lyrics    (If your work is a motion picture or other audiovisual work, use the Standard Form PA.)<br>SONGS |
| **Signature:**<br>(Registration cannot be completed without a signature.) | **6** | I certify that the statements made by me in this application are correct to the best of my knowledge. Check one:<br>☒ Author<br>☐ Authorized agent    X _____ |
| **Name and Address of Person to Contact for Rights and Permissions:**<br>Phone, fax, and email: | **7** | XX Check here if same as #2 above.<br><br>Phone (   )           Fax (   )<br>Email: |

**8** Certificate will be mailed in window envelope to this address:
Name ▼ JORGE L. LINARES
Number/Street/Apt ▼ 81 S.W. 81st. AVENUE
City/State/ZIP ▼ MIAMI, FL. 33144-2127

**9** Deposit Account # _____
Name _____

DO NOT WRITE HERE    Page 1 of 1 pages

*17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

November 1998—50,000    ♻ PRINTED ON RECYCLED PAPER    ☆U.S. GOVERNMENT PRINTING OFFICE: 1998 454 879/80,045

**JS 44** (Rev. 11/04)

# CIVIL COVER SHEET

05-21871
CIV-JORDAN

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

## I. (a) PLAINTIFFS
JAIME FELIPE LINARES AND
JORGE LUIS LINARES

**DEFENDANTS** WILLY CHIRINO, WILLY CHIRINO ENTERPRISES, INC., SONY BMG MUSIC ENTERTAINMENT, INC., SONY BMG MUSIC ENTERTAINMENT (US LATIN) LLC, SONY DISCOS, INC.

(b) County of Residence of First Listed Plaintiff _____
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Defendant _____
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

(c) Attorney's (Firm Name, Address, and Telephone Number)
KIRKPATRICK & ESCRIBANO, P.A.
3350 S.W. 27 AVE., #1103
MIAMI, FL 33133 (305)458-9390

Attorneys (If Known)
05-21871 CIV-AJ/Klein
Dade

(d) Check County Where Action Arose: ☒ DADE ☐ MONROE ☐ BROWARD ☐ PALM BEACH ☐ MARTIN ☐ ST. LUCIE ☐ INDIAN RIVER ☐ OKEECHOBEE HIGHLANDS

## II. BASIS OF JURISDICTION (Place an "X" in One Box Only)

☐ 1 U.S. Government Plaintiff
☒ 3 Federal Question (U.S. Government Not a Party)
☐ 2 U.S. Government Defendant
☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff and One Box for Defendant)
(For Diversity Cases Only)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

NIGHT BOX FILED
2005
CLARENCE MADDOX
CLERK USDC/SDFL/MIA

## IV. NATURE OF SUIT (Place an "X" in One Box Only)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 362 Personal Injury - Med. Malpractice | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 365 Personal Injury - Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC 881 | | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 630 Liquor Laws | **PROPERTY RIGHTS** | ☐ 450 Commerce |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | | ☐ 640 R.R. & Truck | ☒ 820 Copyrights | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 340 Marine | **PERSONAL PROPERTY** | ☐ 650 Airline Regs. | ☐ 830 Patent | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 345 Marine Product Liability | ☐ 370 Other Fraud | ☐ 660 Occupational Safety/Health | ☐ 840 Trademark | ☐ 480 Consumer Credit |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 371 Truth in Lending | ☐ 690 Other | | ☐ 490 Cable/Sat TV |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 380 Other Personal Property Damage | **LABOR** | **SOCIAL SECURITY** | ☐ 810 Selective Service |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury | ☐ 385 Property Damage Product Liability | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 850 Securities/Commodities/Exchange |
| ☐ 195 Contract Product Liability | | | ☐ 720 Labor/Mgmt. Relations | ☐ 862 Black Lung (923) | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 196 Franchise | | | ☐ 730 Labor/Mgmt.Reporting & Disclosure Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 890 Other Statutory Actions |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 740 Railway Labor Act | ☐ 864 SSID Title XVI | ☐ 891 Agricultural Acts |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motions to Vacate Sentence | ☐ 790 Other Labor Litigation | ☐ 865 RSI (405(g)) | ☐ 892 Economic Stabilization Act |
| ☐ 220 Foreclosure | ☐ 442 Employment | **Habeas Corpus:** | ☐ 791 Empl. Ret. Inc. Security Act | **FEDERAL TAX SUITS** | ☐ 893 Environmental Matters |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/Accommodations | ☐ 530 General | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 894 Energy Allocation Act |
| ☐ 240 Torts to Land | ☐ 444 Welfare | ☐ 535 Death Penalty | | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 895 Freedom of Information Act |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment | ☐ 540 Mandamus & Other | | | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other | ☐ 550 Civil Rights | | | ☐ 950 Constitutionality of State Statutes |
| | ☐ 440 Other Civil Rights | ☐ 555 Prison Condition | | | |

## V. ORIGIN (Place an "X" in One Box Only)

☒ 1 Original Proceeding
☐ 2 Removed from State Court
☐ 3 Remanded from Appellate Court
☐ 4 Reinstated or Reopened
☐ 5 Transferred from another district (specify)
☐ 6 Multidistrict Litigation
☐ 7 Appeal to District Judge from Magistrate Judgment

## VI. CAUSE OF ACTION
(Cite the U.S. Civil Statute under which you are filing and Write a Brief Statement of Cause (Do not cite jurisdictional statutes unless diversity):
COPYRIGHT ACT OF 1976, 17 U.S.C. §501, and 28 U.S.C. §§ 1331 and 1338(a)
COPYRIGHT INFRINGEMENT

LENGTH OF TRIAL via 3 days estimated (for both sides to try entire case)

## VII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23
**DEMAND $** $1,000,000.00
CHECK YES only if demanded in complaint:
**JURY DEMAND:** ☒ Yes ☐ No

## VIII. RELATED CASE(S) IF ANY
(See instructions) JUDGE _____ DOCKET NUMBER _____

DATE 7/11/05
SIGNATURE OF ATTORNEY OF RECORD
Vivian Escribano

**FOR OFFICE USE ONLY**
RECEIPT # _____ AMOUNT _____ APPLYING IFP _____
$250.00 923791
07/12/05