

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

MIAMI DIVISION

CASE NO. 05-21871-CIV-JORDAN

| | |
|---|---|
| JAMES FELIPE LINARES, et. al. ) <br> ) <br> Plaintiffs ) <br> ) <br> vs. ) <br> ) <br> WILLY CHIRINO, et. al. ) <br> ) <br> Defendants ) <br> _____ ) | **CLOSED CIVIL CASE** |

FINAL JUDGMENT

On September 26, 2006, summary judgment was granted in favor of Willy Chirino, et. al. .

Pursuant to Federal Rules of Civil Procedure 54 and 58, final judgment is entered in favor of the defendants, and against James Felipe Linares, et. al. The defendants shall take nothing by this cause. Appropriate costs, if any, will be taxed by separate motion and order.

Any pending motions are DENIED AS MOOT, and this case is CLOSED.

DONE and ORDERED in chambers in Miami, Florida, this 26th day of September, 2006.

_____
Adalberto Jordan
United States District Judge

Copy to:    All counsel of record